# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141639

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH ADIR CARTER, JR.,
      Defendant-Appellant.

SC: 141639
COA: 289986
Wayne CC: 08-011715-FC

_____/

      On order of the Court, the application for leave to appeal the May 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk